# United States District Court
## Violation Notice

EV-17

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7626838 | SGT Plumley | PG212 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged | CFR ☐ USC ☒ State Code ☐ |
|---|---|---|
| 09 Feb 20 1700 | 18 USC 1382 | |

Place of Offense: JBM-HH 204 Lee Ave Fort Myer VA 22211

Offense Description:
UNLAWFUL Entry Government Property

**DEFENDANT INFORMATION**

Last Name: Qin
First Name: Zhaohui

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ Total Collateral Due

**YOUR COURT DATE**

Court Address: U.S. District Court, 401 Courthouse Square, Alexandria, VA 22314
Date: 20 Apr 2020
Time: 0900

X Defendant Signature: Zhaohui Qin

---

## STATEMENT OF PROBABLE CAUSE

I state that on _February_, 20 20 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

on 9 February at about 1720 hours I responded to the front of the ASP for a report of three individuals accessing the installation via an unauthorized point. Either they stated the saw three asian individuals entered through a closed gate. Three individuals were identified by their drivers license and passports. Qin was identified by her chinese passport and did not speak english. Her daughter Hui Yu Ing had stated they did enter through the way they used previously. An IAC was run on Qin and the others. All came back clear. Qin was apprehended and transported back to the PSO. Once all paperwork was completed, Qin was cited ONC CVB and escorted off the installation. Qin was extremely polite the entire encounter.

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/24/2020 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy) U.S. Magistrate Judge